JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| Joelson, Susan and Mitchell,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Worldwide Recoveries, LLC; and Does 1-100, inclusive,<br><br>　　　　Defendants. | Case No.: SACV10-00867 DOC (MLGx)<br><br>**[PROPOSED] JUDGMENT FOR SUSAN AND MITCHELL JOELSON AGAINST WORLDWIDE RECOVERIES, LLC**<br><br>**HON. DAVID O. CARTER** |

After submission of the motion for default judgment, the accompanying affidavits, and the hearing on the motion, the Court rules as follows:

Judgment in favor of Plaintiffs Susan Joelson and Mitchell Joelson against Defendant Worldwide Recoveries, LLC, as follows:

1. Statutory damages to Plaintiffs in the amount of $1,000 for violations of the FDCPA;

2. Statutory damages to Plaintiffs in the amount of $1000 for violations of the RFDCPA;

Dated: May 26, 2011

*David O. Carter*
Hon. David O. Carter
U.S. District Court Judge